UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PIECE MANAGEMENT, INC,
                          Plaintiff(s)

              -against-

ATLANTIC CASUALTY INSURANCE COMPANY,
                          Defendant(s).
------------------------------------------------------------X

25 civ 1809 (JGK)

## ORDER

A pre-motion conference having been scheduled for Thursday, June 26, 2025, at 4:00pm,

The conference scheduled for Thursday, July 3, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

                                                            /s/ John G. Koeltl
                                               **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         June 25, 2025