**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PIECE MANAGEMENT, INC.,

                       Plaintiff,

     -against-                                25 **CIVIL** 1809 (JKG)

                                              **JUDGMENT**

ATLANTIC CASUALTY INSURANCE
COMPANY,

                    Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 17, 2025, the defendant's motion to dismiss is granted and Piece's claim for a declaratory judgment that it is entitled to have Atlantic defend it in the Dais action is dismissed with prejudice. Piece's claim for a declaratory judgment that Atlantic owes a duty to indemnify Piece in the Dais action is dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

       October 20, 2025

                                                       **TAMMI M. HELLWIG**

                                                         **Clerk of Court**

                             **BY:**

                                                          **Deputy Clerk**